**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7218**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARNOLD MARK HENRY, a/k/a B,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:93-cr-00131-HCM-3)

_____

Submitted:  December 29, 2022                    Decided:  February 2, 2023

_____

Before THACKER and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Arnold Mark Henry, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Mark Henry appeals the district court's order denying his motion for a sentence reduction pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. On appeal, Henry argues that the district court incorrectly determined that his convictions for murder in furtherance of a continuing criminal enterprise, in violation of 21 U.S.C. § 848(e)(1)(A), were not covered offenses under the First Step Act. However, we recently concluded that "§ 848(e)(1)(A) is not a covered offense under the First Step Act as its penalties were not modified by the Fair Sentencing Act." *United States v. Roane*, 51 F.4th 541, 543, 546-53 (4th Cir. 2022). Because Henry's claim is foreclosed by our holding in *Roane*, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2